IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| JEAN LILLIE, | ) | |
| | ) | |
| Plaintiff, | ) | No. C04-4122DEO |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| WOODBURY COUNTY CLERKS OF COURT, STATE OF IOWA, WOODBURY COUNTY, IOWA and IOWA SUPREME COURT CLERKS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

No action was taken in this case within the time provided in the court's order dated June 30, 2005.

**ORDER**

Accordingly, IT IS ORDERED:

That the plaintiff take nothing and that the action be dismissed with prejudice.

DONE AND ORDERED this 18th day of July, 2005.

Pridgen J. Watkins, Clerk

PRIDGEN J WATKINS, Clerk of Court
UNITED STATES DISTRICT COURT